UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SUZANNNE VALERIE,
Personal Representative for the
Estate of Anthony McManus,

    Plaintiff,

v.

                      Case No. 2:07-cv-5
                      HON. R. ALLAN EDGAR

H. TIM ANSELL, et al.,

    Defendants.
_____/

## ORDER

Defendants Dr. Fernando E. Fontera and Nancy Hulkoff have made motions to dismiss the plaintiff's first amended complaint against them under Fed. R. Civ. P. 12(b)(6). The motions [Doc. Nos. 72, 75] were referred to Magistrate Judge Timothy P. Greeley for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.1. On August 24, 2007, the Magistrate Judge submitted his report and recommendation. [Doc. No. 100]. The parties have not timely filed any objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). Accordingly, the defendants' Rule 12(b)(6) motions to dismiss [Doc. Nos. 72, 75] are **DENIED**.

    SO ORDERED.

    Dated: October 1, 2007

                                              */s/ R. Allan Edgar*
                                              R. ALLAN EDGAR
                                              UNITED STATES DISTRICT JUDGE